IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| JULIE NORTHRUP; and RICKARD SCRUGGS, | |
| Plaintiffs, | CIVIL ACTION NO.: 2:17-cv-126 |
| v. | |
| PAUL GEORGE, in his individual and official capacities, | |
| Defendant. | |

**O R D E R**

This Court set the above-captioned case for settlement on March 27, 2019. Doc. 64. By this same Order, the Court stayed all deadlines to facilitate the settlement process. Id. This Court held a settlement conference with the parties on April 25, 2019, and the parties were unable to reach a settlement. Doc. 65. Thus, the Court **LIFTS** the stay imposed in its March 27, 2019 Order.

**SO ORDERED**, this 17th day of June, 2019.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA