IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| JULIE NORTHRUP; and RICKARD SCRUGGS, <br><br>             Plaintiffs, <br><br>      v. <br><br> PAUL GEORGE, <br><br>             Defendant. | CIVIL ACTION NO.: 2:17-cv-126 |

## TRIAL PREPARATION SCHEDULING ORDER

With the parties having held a conference pursuant to the Order and Notice of Trial Preparation Requirements and a Trial Preparation Scheduling Conference having been held on July 24, 2019, the Court issues the following deadlines in anticipation of trial in this case.

| | |
|---|---|
| Deadline for filing of Motion for Disclosure of the Identity of a Purported Informant | August 14, 2019 |
| Deadline for *de bene esse* depositions | August 14, 2019 |
| Deadline for filing of witness lists | August 28, 2019 |
| Deadline for filing of deposition designations | September 13, 2019 |
|     Deadline for objections to deposition designations | September 27, 2019 |
|     Deadline for replies to objections to deposition designations | October 4, 2019 |
| Deadline for filing of exhibit lists | September 13, 2019 |
|     Deadline for objections to exhibit lists | September 27, 2019 |
|     Deadline for replies to objections to exhibit lists | October 4, 2019 |
| Deadline for motions in limine | October 15, 2019 |
|     Deadline for responses to motions in limine | October 29, 2019 |

| | |
|---|---:|
| Deadlines for replies to responses to motions in limine | November 5, 2019 |
| Deadline for consolidated proposed pretrial order | December 11, 2019 |
| Deadline for proposed *voir dire* questions and proposed jury charges | December 11, 2019 |
| Deadline for objections to proposed *voir dire* questions and proposed jury charges | December 18, 2019 |
| Pretrial Conference date | January 6, 2020 |
| First day of trial | January 14, 2020 |

**SO ORDERED**, this 24th day of July, 2019.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA