# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# CLERKS MINUTES - CIVIL

| | | | |
|---|---|---|---|
| **CASE NO.** | 2:17-cv-126 | **DATE:** | 11-06-2019 |
| **TITLE:** | NORTHRUP and SCRUGGS v. GEORGE | | |

**HONORABLE R. STAN BAKER**   **COURTROOM DEPUTY CLERK:** Pam Hammock

**COURT REPORTER**: Kelly McKee

| **TAPE NO.** RSB-CHMB | **TIME**: 3:05 – 3:30 | **TOTAL:** 00:25 |
|---|---|---|
| **ATTORNEY FOR PLAINTIFFS** | **ATTORNEY FOR** | **DEFENDANT** |
| Michael Ruberti | Steven Blackerby | Paul George |

## TELEPHONIC STATUS CONFERENCE

- Discussion held regarding Plaintiff's Motion, doc. 73.
- Court will set a sealed hearing on the motion for next Tuesday afternoon or Wednesday.
- Court provides the format and matters to be addressed during the hearing.
- Court directs counsel for Defendant to have Officer George present for the hearing.
- Hearing adjourned.