# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT of GEORGIA

| | | |
|---|---|---|
| Scott L. Poff<br>Clerk of Court | OFFICE of the CLERK<br>P.O. Box 8286<br>SAVANNAH, GEORGIA  31412 | (912) 650-4020 |

### NOTICE of FILING DEFICIENCY

To:  All Counsel of Record          Date: 12/16/2019
Case:  2:17-cv-126                  Party: Plaintiffs and Defendant

Your pleading, _Consolidated Proposed Pretrial Order, doc. 88_ ,

was filed on _12/12/19_ , however, is deficient in the area(s) checked below:

[ ☐ ] No actions required (Informative Only)     or     [ ☐ ] Corrective Actions Required

(NOTE: "L.R." refers to the Local Rules, Southern District of Georgia)

☐ 1. Disclosure Statement has not been filed. This is the only mechanism to identify potential judicial conflicts. (L.R. 7.1.1)

☐ 2. Pleading is illegible or otherwise not in compliance with L.R. 10.1.

☐ 3. Please submit a paper courtesy copy. Paper copies must be submitted when the document either is or relates to a motion for summary judgment; or, the document exceeds 250 pages. (Administrative Procedures)

☐ 4. Pleading is not signed. (L.R. 11.1 and Administrative Procedures)

☐ 5. No certificate of service or explanation why service is not required was submitted. (L.R. 5.1 and FRCP)

☐ 6. Motion is not in compliance with Local Rules.
   ☐ a. No memorandum of law citing supporting authorities was submitted (L.R. 7.1)
   ☐ b. No good faith document was submitted. (L.R. 26.5)
   ☐ c. Separate proposed order was not attached to e-filed document. (L.R. 7.1)
   ☐ d. Separate proposed order was not e-mailed to appropriate proposed order address in either a WordPerfect or Word format. (Administrative Procedures)

☐ 7. Document was not filed electronically using CM/ECF. (Administrative Procedures)

☐ 8. Motion contained request for multiple reliefs but was not selected during electronic filing. (L.R. Policy)

☐ 9. Counsel should file a separate motion for each relief sought and not file a consolidated motion.

☒ 10. Counsel used an incorrect form for Judge Baker's civil cases. Parties must refile their consolidated proposed pretrial order using the correct form for Judge Baker's civil cases. Forms can be located at:  www.gasd.uscourts.gov/Judge-Baker-Civil-Cases

After 14 days a notice of noncompliance will be submitted to a judicial officer for possible sanctions, to include dismissal.

For more information - Please contact:  Pam Hammock, 912-650-4081
                                        Courtroom Deputy Clerk for Judge Baker