# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# BRUNSWICK DIVISION

| | |
|---|---|
| JULIE NORTHRUP and RICKARD SCRUGGS, | |
| Plaintiffs, | CIVIL ACTION NO.: 2:17-cv-126 |
| v. | |
| PAUL GEORGE, | |
| Defendant. | |

## O R D E R

Presently before the Court is the parties' Stipulation of Dismissal. (Doc. 100.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Court hereby **DISMISSES** this action with prejudice and **TERMINATES** all motions and deadlines. The Clerk of Court shall **CLOSE** this case.

**SO ORDERED**, this 12th day of February, 2020.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA